UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**17-22478-CIV-MORENO**

KURT MARIN, et al.,

    Plaintiff,

vs.

WASHINGTON MUTUAL BANK F.A., et al.,

    Defendants.

_____/

## ORDER DISMISSING CASE

THIS CAUSE came before the Court upon Plaintiffs' Motion for Leave to Proceed in *forma pauperis* (**D.E. 3**), filed on June 30, 2017.

THE COURT has considered the motion, the pertinent portions of the record, and being otherwise fully advised in the premises, it is

ADJUDGED that the Complaint is **DISMISSED** pursuant to the *Rooker-Feldman* doctrine. *Rooker v. Fidelity Trust Co.*, 263 U.S. 413 (1923); *District of Columbia Court of Appeals v. Feldman*, 460 U.S. 462 (1983). The *Rooker-Feldman* doctrine is "confined to cases brought by state-court losers complaining of injuries caused by state-court judgments rendered before the federal district court proceedings commenced and inviting district court review and rejection of those judgments." *Exxon Mobil Corp. v. Saudi Basic Indus. Corp.*, 544 U.S. 280, 283 (2005).

In this case, Plaintiffs allege various counts against Defendants, which all stem from the foreclosure of a home. The Court interprets this as an appeal of the foreclosure action. This is exactly the type of action prohibited by the *Rooker-Feldman* doctrine. Accordingly, this case is **DISMISSED** pursuant to the *Rooker-Feldman* doctrine.

DONE AND ORDERED in Chambers at Miami, Florida, this ___14___ of August 2017.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of record